JOHN TRENWITH, PLAINTIFF IN ERROR, v. MICHAEL GIL-
VERY, DEFENDANT IN ERROR.

On error to the Supreme Court.   For opinion of the Su-
preme Court see *ante p*. 18.

For the plaintiff in error, *Thomas E. French*.

For the defendant in error, *Samuel E. Perry*.

PER CURIAM.   The judgment of the Supreme Court is
affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, DEPUE, KNAPP,
MAGIE, VAN SYCKEL, BROWN, CLEMENT, COLE, PATER-
SON, WHITAKER.   10.

*For reversal*—None.

STATE, AURELIUS J. SWAYZE, PROSECUTOR, PLAINTIFF IN
ERROR, v. WILLIAM P. ALLEN, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *J. G. Shipman & Son*.

For the defendant in error, *Henry S. Harris*.

PER CURIAM.   The judgment of the court below in this
case should be affirmed.

*For affirmance*—THE CHIEF JUSTICE, DIXON, GARRISON,
KNAPP, REED, SCUDDER, BROWN, CLEMENT, COLE, MC-
GREGOR, PATERSON, WHITAKER.   12.

*For reversal*—None.